UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



2016 JUN 16 PM 2:58

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16CR200 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| BRANDON WAGNER, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Kenneth S. McHargh |

Brandon Wagner, the above named defendant, accused of having violated Title 21 Section(s) 841(a)(1) and (b)(1)(C) and 843(b), advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
KENNETH S. MCHARGH
U.S. Magistrate Judge

Date: __June 16, 2016__